UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| CONSTANCE PRIOLEAU, <br><br> Plaintiff, <br><br> v. <br><br> CRACKER BARREL OLD COUNTRY STORE, INC., LOCATED AT 699 CITADEL ROAD, ORANGEBURG, SOUTH CAROLINA 29118, <br><br> Defendant. | Civil Action No. 5:16-CV-02739-JMC <br><br> **CONSENT ORDER OF REMAND** |

WHEREAS, the Plaintiff has stipulated and agreed that her damages do not equal or exceed $75,000.00 and that Plaintiff will never allege her damages equal or exceed $75,000.00 and Plaintiff will never attempt to recover any sum in excess of $75,000.00 related to the above-captioned case, the Court hereby remands this matter to the Orangeburg County Court of Common Pleas based on the alleged damages failing to meet or exceed the jurisdictional limit required for diversity jurisdiction in the United States District Court.

IT IS SO ORDERED.

s/J. Michelle Childs
J. Michelle Childs
United States District Judge

October 13, 2016
Columbia, South Carolina

-consent signature page to follow-

Signature Page for Consent Order of Remand

Constance Prioleau v. Cracker Barrel Old Country Store, Inc., Located at 699 Citadel Road, Orangeburg, South Carolina 29118

Civil Action No. 5:16-cv-02739-JMC

WE CONSENT:

FULMER LAW FIRM, LLC

*s/H. Asby Fulmer, III*
H. Asby Fulmer, III, Federal ID No. 6867
314 West 5th North Street
Post Office Box 1330
Summerville, South Carolina  29484
(843) 821-3100
hfulmer@msn.com

ATTORNEYS FOR PLAINTIFF

WE CONSENT:

MCANGUS GOUDELOCK & COURIE, L.L.C.

*s/Sterling G. Davies*
Sterling G. Davies, Federal ID No. 6288
Post Office Box 12519
1320 Main Street, 10th Floor (29201)
Columbia, South Carolina 29211
(803) 779-2300
sdavies@mgclaw.com

ATTORNEYS FOR DEFENDANT